IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:18-cr-83 (LMB) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Reporters Committee for Freedom of the Press and WP Company, LLC, d/b/a/ The Washington Post ("Intervenors") filed a Motion to Intervene and a Motion to Unseal a Judicial Record on September 13, 2024. Although the Motion to Unseal is premature because the parties have not had an opportunity to respond, the Motion to Intervene is GRANTED [Dkt. No. 335] and it is hereby

ORDERED that any opposition to the Motion to Unseal a Judicial Record [Dkt. 334] be filed within 30 days of the date of this Order.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of September, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge